UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE M. DUPRIE,

       Plaintiff,                       Case No. 2:16-cv-13544
                                         District Judge Laurie J. Michelson
v.                                          Magistrate Judge Anthony P. Patti

ECS PARTNERSHIP,

       Defendant.
_____/

## ORDER ON MARCH 14, 2017 STATUS CONFERENCE

This matter came before me for a telephonic status conference on March 14, 2017 at which counsel for both parties appeared and informed the Court that they agreed to an early third-party mediation. The parties discussed the mediation and as a result of those conversations, the Court orders the following:

1. Defendant's counsel will provide Plaintiff's counsel with a list of third-party mediators in the area and the parties will work to decide on a mutually agreeable mediator. If the parties cannot agree, they may each submit two potential names to the Court and the Court will choose the mediator from the list.

2. **ON OR BEFORE APRIL 11, 2017**, the parties must jointly file a notice to the Court that mediation has been scheduled, the name of the mediator, and the date on which it will occur.

3. Counsel and all relevant parties must be physically present at the same location for the mediation, including Plaintiff and her counsel Glenn H. Stephens, one or more representatives from ECS Partnership, along with its counsel William Thomas or Alex Alexopoulos.  In addition, non-attorney Jean C. Manz may attend and assist Plaintiff at the the mediation on the condition that she signs a confidentiality agreement, consistent with Federal Rule of Evidence 408, and that she does not advocate on Plaintiff's behalf.

**IT IS SO ORDERED.**


Dated: March 15, 2017             s/Anthony P. Patti
                                  ANTHONY P. PATTI
                                  UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on March 15, 2017, electronically and/or by U.S. Mail.

                                  s/Michael Williams
                                  Case Manager for the
                                  Honorable Anthony P. Patti