UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE M. DUPRIE,

       Plaintiff,                        Case No. 2:16-cv-13544
                                          District Judge Laurie J. Michelson
v.                                          Magistrate Judge Anthony P. Patti

ECS PARTNERSHIP,

       Defendant.
_____/

## **ORDER ON MAY 26, 2017 STATUS CONFERENCE**

This matter came before me for a telephonic status conference on May 26, 2017 at which counsel for both parties appeared. Since the last conference with the Court, Jean C. Manz has been named Plaintiff's partial guardian. (DE 37 at 12.) In addition, Plaintiff has determined that she does not wish to return to work for Defendant.

During the call, the parties informed the Court that they intended to go ahead with pre-discovery mediation, and Plaintiff's counsel suggested a date of July 28, 2017. Defendant's counsel planned to check with his client about availability on that date. To that end, the Court orders the following:

1. Within **TEN DAYS OF THE DATE OF THIS ORDER**, Plaintiff shall submit via ECF the probate court order outlining Ms. Manz' guardianship

authority, which is referred to in DE 37 at page 12, thus making it part of the record here. In addition, counsel should review Federal Rule of Civil Procedure 17 and, if necessary, take steps to add Ms. Manz as a party to this lawsuit.

2. The Court will hold a telephonic status conference on **JULY 12, 2017 at 4:00 P.M.** However, the parties may also file a joint status report on or before July 11, 2017 at 5:00 P.M. If the parties file a joint status report, the Court may deem the status conference to be unnecessary and decide to cancel it.

**IT IS SO ORDERED.**

Dated: May 30, 2017
s/Anthony P. Patti
ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 30, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti