UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE M. DUPRIE,

       Plaintiff,                              Case No. 2:16-cv-13544
                                              District Judge Laurie J. Michelson
v.                                                 Magistrate Judge Anthony P. Patti

ECS PARTNERSHIP,

       Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER APPOINTING A GUARDIAN *AD LITEM* (DE 42)

This matter is before the Court for consideration of Plaintiff's motion to appoint guardian *ad litem* ("GAL"). (DE 42.) For the reasons that follow, Plaintiff's motion is **GRANTED**.

In relevant part, Federal Rule of Civil Procedure 17 provides that "[t]he court must appoint a guardian *ad litem*—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c). Here, Plaintiff has been appointed a partial guardian, Jean C. Manz, through the Macomb County Probate Court, and asks to have a separate guardian appointed to represent her interests in this action. She has identified attorney Michael P. Kavanaugh as an individual who has agreed to serve as her GAL. Mr. Kavanaugh has been appointed by Macomb County Probate Judge Kathryn A.

George as attorney for Plaintiff in probate court. The Court is informed that Defendant does not oppose the appointment. Given the parties' concurrence and Plaintiff's identification of a suitable GAL candidate, Plaintiff's motion is **GRANTED**. Michael P. Kavanaugh is hereby appointed as Plaintiff's GAL to for the purposes of this action. In light of this appointment, the Court will extend the parties' deadline for engaging in mediation to July 30, 2017.

    **IT IS SO ORDERED.**

Dated: June 30, 2017                    s/Anthony P. Patti
                                            ANTHONY P. PATTI
                                            UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 30, 2017, electronically and/or by U.S. Mail.

                                            s/Michael Williams
                                            Case Manager for the
                                            Honorable Anthony P. Patti